No. 24-12634

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ART ROJAS, et al.,
Plaintiffs – Appellees,
v.
CITY OF OCALA, et al.,
Defendant-Appellant.

On Appeal from the United States District Court
for the Middle District of Florida

## APPELLEE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26 and Eleventh Circuit Rule 26.1-1(a)(3), counsel for Appellees certifies that, in addition to the individuals/entities listed on Appellant's CIP, the following have or may have an interest in the outcome of this case/appeal:

- Edwards, Richard (Florida citizen, former Captain of Ocala Police Department, witness for Defendants & participant in prayer vigil)

- Franjola, George (former counsel for Defendants)

- French, David (former counsel for Defendants)

- Gammill, Carly F. (former counsel for Defendants)

- Gilligan, Patrick G. (former counsel for Defendants)

- Graham, Greg (former Ocala Police Chief & deceased Defendant)

- Guinn, Kent (former Mayor of Ocala & former Defendant)

- Hale, Daniel (deceased Plaintiff)

- Haynes, Narvella (Florida citizen, witness for Defendants & organizer of prayer vigil)

- Lammens, Philip R. (U.S. Magistrate Judge)

- Landt, Wiechens, LaPeer & Ayeres, LLP (law firm for former Defendant Guinn)

- LaPeer, Russell W. (counsel for former Defendant Guinn)

- Manion, Francis (former counsel for Defendants)

- McKerrall, Katherine (former counsel for Plaintiffs)

- Miller, Monica (former counsel for Plaintiffs)

- Niose, David (former counsel for Plaintiffs)

- Porgal, Frances Jean (deceased Plaintiff)

- Quintana, Edwin (Florida citizen, volunteer chaplain for Ocala Police Department, witness for Defendants & organizer of prayer vigil)

Plaintiff-Appellees have no corporate disclosures to make.

Dated: August 30, 2024

Respectfully Submitted,

POTOMAC LAW GROUP, PLLC

*/s/ Ayesha N. Khan*
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
Tel: 202-836-7136
akhan@potomaclaw.com

*Counsel for Plaintiff - Appellees*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit on August 30, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Dated: August 30, 2024                    */s/ Keri Click*
                                          Keri Click